

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00409-CR

**JEROME MIMS,**

           **Appellant**

 **v.**

**THE STATE OF TEXAS,**

           **Appellee**

**From the 77th District Court**
**Freestone County, Texas**
**Trial Court No. 04-002CR**

## MEMORANDUM  OPINION

Jerome Edwin Mims was convicted of the felony offense of manufacture or delivery of cocaine and placed on community supervision.  The trial court revoked Mims' community supervision, and he appealed.  A motion to dismiss his appeal, signed by Mims and his counsel, was filed on April 3, 2013.

Mims' motion is granted.  *See* TEX. R. APP. P. 42.2(a).  This appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 18, 2013
Do not publish
[CR25]